# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| SAMEER S. PATEL | § | Case No. 13-13945 |
| | § | |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 144,837.50                   Assets Exempt: 21,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,888.43     Claims Discharged
                                                Without Payment: 467,439.70

Total Expenses of Administration: 10,111.57

---

3) Total gross receipts of $ 19,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 19,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 386,854.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,111.57 | 10,111.57 | 10,111.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 86,902.43 | 10,982.49 | 10,982.49 | 8,888.43 |
| **TOTAL DISBURSEMENTS** | $ 473,756.43 | $ 21,094.06 | $ 21,094.06 | $ 19,000.00 |

4) This case was originally filed under chapter 7 on 04/04/2013 . The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2016        By:/s/Peter N. Metrou, Trustee
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential/Fraudulent Transfers | 1241-000 | 19,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 19,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Grand Rapids, MI 49546 | | 7,654.00 | NA | NA | 0.00 |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Grand Rapids, MI 49546 | | 7,629.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank P.O. Box 630412 Cincinnati, OH 45263-0900 | | 355,965.00 | NA | NA | 0.00 |
| | Nissan Financial PO Box 660360 Dallas, TX 75266 | | 15,606.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 386,854.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,650.00 | 2,650.00 | 2,650.00 |
| Peter N. Metrou | 2200-000 | NA | 38.98 | 38.98 | 38.98 |
| Associated Bank | 2600-000 | NA | 72.59 | 72.59 | 72.59 |
| CLERK OF THE COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| DAVID P. LLOYD, LTD. | 3210-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 10,111.57** | **$ 10,111.57** | **$ 10,111.57** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ankuri Patel 403 Devoe Drive Oswego, IL 60543 | | 5,500.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 8,348.49 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/bstby Po Box 30253 Salt Lake City, UT 84130 | | 300.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 421.17 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 5,360.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 9,549.80 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 6,716.50 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 506.00 | NA | NA | 0.00 |
| | Chase Sapphire ATTN: Bankruptcy Dept P.O. BOX 15298 Wilmington, DE 19850 | | 5,360.06 | NA | NA | 0.00 |
| | Citi P.O. Box 6241 Sioux Falls, SD 57117 | | 5,847.00 | NA | NA | 0.00 |
| | Dsnb Macys Po Box 8218 Mason, OH 45040 | | 103.00 | NA | NA | 0.00 |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | 16,260.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 |  | 2,213.00 | NA | NA | 0.00 |
|  | IRS PO BOX 7317 Philadelphia, PA 19114-7317 |  | 5,500.00 | NA | NA | 0.00 |
|  | LVNV FUNDING LLC c/o Convergent Outsourcing LLC 10750Hammerly Blvd #200 Houston, TX 77043 |  | 2,413.62 | NA | NA | 0.00 |
|  | Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 |  | 2,878.00 | NA | NA | 0.00 |
|  | State of New Jersey c/o Financial Asset Management Sys PO Box 451409 Atlanta, GA 31145-9409 |  | 250.00 | NA | NA | 0.00 |
|  | Wfnnb/harlem Attention: Bankruptcy Po Box 182685 Columbus, OH 43218 |  | 965.00 | NA | NA | 0.00 |
| 1 | ATLAS ACQUISITIONS LLC (CITIBANK (SOUTH DAKOTA),) | 7100-000 | NA | 2,419.06 | 2,419.06 | 1,957.81 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 7,460.79 | 7,665.43 | 7,665.43 | 6,203.84 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 950.00 | 898.00 | 898.00 | 726.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 86,902.43 | $ 10,982.49 | $ 10,982.49 | $ 8,888.43 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-13945 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | SAMEER S. PATEL | | | | Date Filed (f) or Converted (c): | 04/04/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/29/2013 |
| For Period Ending: | 12/06/2016 | | | | Claims Bar Date: | 04/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 403 Devoe Drive, Oswego IL 60543 (jointl | 157,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 75.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account at Fifth/Third Bank - Cincinnati, | 207.50 | 0.00 | | 0.00 | FA |
| 4. Checking Account at Bank of America | 305.00 | 0.00 | | 0.00 | FA |
| 5. Fifth Third Investment Account ending 1255 | 384.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account at Fifth Third Bank | 98.00 | 0.00 | | 0.00 | FA |
| 7. Fifth Third Investment Account ending 1466 | 125.00 | 0.00 | | 0.00 | FA |
| 8. Fifth Third Investment Account ending 4267 | 636.00 | 0.00 | | 0.00 | FA |
| 9. Fifth Third Investment Account ending 7705 | 13.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous Household Goods and Furnishings incl | 2,440.00 | 0.00 | | 0.00 | FA |
| 11. DVDs and CDs | 20.00 | 0.00 | | 0.00 | FA |
| 12. Miscellaneous Wearing Apparel for two adults inclu | 500.00 | 0.00 | | 0.00 | FA |
| 13. Camera | 25.00 | 0.00 | | 0.00 | FA |
| 14. Golf Clubs | 100.00 | 0.00 | | 0.00 | FA |
| 15. Term Life -- employer provided $250,000 death bene | Unknown | 0.00 | | 0.00 | FA |
| 16. 2008 Nissan Versa | 4,009.00 | 0.00 | | 0.00 | FA |
| 17. leased 2013 Nissan Altima -- see schedule G | Unknown | 0.00 | | 0.00 | FA |
| 18. Cell Phone and Ipod | 300.00 | 0.00 | | 0.00 | FA |
| 19. Preferential/Fraudulent Transfers (u) | 0.00 | 91,000.00 | | 19,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $166,737.50 | $91,000.00 | | $19,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed David Lloyd as special counsel.  2004 Exam. Investigation continues. Adversary filed. Settlement in progress. Trial set for early-mid, 2016.

RE PROP #        19    --    Employed counsel to pursue transfers made by Debtor.  Settlement per court order docket #48.

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 06/01/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-13945 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | SAMEER S. PATEL | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5637 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3728 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/16 | 19 | Pranv S. Patel<br>Unknown | Payment on Settlement per court order docket # 48 | 1241-000 | $6,500.00 | | $6,500.00 |
| 05/11/16 | 19 | Pranv Patel<br>unknown | Payment on settlement per court order docket #48. | 1241-000 | $7,500.00 | | $14,000.00 |
| 05/11/16 | 19 | Pranv Patel<br>unknown | Payment on Settlement per court order docket #48 | 1241-000 | $5,000.00 | | $19,000.00 |
| 05/25/16 | 101 | David P. Lloyd<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525 | Attorneys fees and costs<br>Payment per doc#49 | 3210-000 | | $7,000.00 | $12,000.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.13 | $11,980.87 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.91 | $11,962.96 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.79 | $11,945.17 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.76 | $11,927.41 |
| 10/25/16 | 102 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $2,688.98 | $9,238.43 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($2,650.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($38.98) | 2200-000 | | | |
| 10/25/16 | 103 | CLERK OF THE COURT<br>Attn: Fiscal Dept.<br>219 South Dearborn St., 7th Floor<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $8,888.43 |
| 10/25/16 | 104 | ATLAS ACQUISITIONS LLC (CITIBANK (SOUTH DAKOTA),)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 80.93 % per court order. | 7100-000 | | $1,957.81 | $6,930.62 |
| | | | Page Subtotals: | | $19,000.00 | $12,069.38 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-13945 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: SAMEER S. PATEL | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5637 |
| | | Checking |
| Taxpayer ID No: XX-XXX3728 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/16 | 105 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 2 representing a payment of 80.93 % per court order. | 7100-000 | | $726.78 | $6,203.84 |
| 10/25/16 | 106 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 80.93 % per court order. | 7100-000 | | $6,203.84 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $19,000.00 | $19,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,000.00 | $19,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,000.00 | $19,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $6,930.62 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5637 - Checking | $19,000.00 | $19,000.00 | $0.00 |
|  | $19,000.00 | $19,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $19,000.00 |
| Total Gross Receipts: | $19,000.00 |

Page Subtotals:    $0.00    $0.00